JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. WALLACE, | ) Case No. CV 15-6305-PSG (SP) |
|         Petitioner, | ) |
| v. | )     **JUDGMENT** |
| JACK FOX, Warden, | ) |
|         Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _____9/13/17_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE